FILED
4/30/19 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10416TPA |
| | : | |
| BRIAN DOYLE BEAN and DEBORAH LEA BEAN, also known as DEBORAH LEA VARGAS, | : | THE HON. THOMAS P. AGRESTI |
| | : | CHAPTER 13 |
| | : | |
| Debtors | : | DOCUMENT NO. 10 |
| | : | |
| BRIAN DOYLE BEAN and DEBORAH LEA BEAN, also known as DEBORAH LEA VARGAS, | : | |
| | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT | : | |

**<u>ORDER</u>**

AND NOW, to-wit, this 30th day of April, 2019, upon consideration of the Motion for Extension of Time for Filing of Schedules, Statements and Lists Under Chapter 13 of the Bankruptcy Code and Chapter 13 plan filed by the Debtors, Brian Doyle Bean and Deborah Lea Bean, also known as Deborah Lea Vargas, it is hereby ORDERED, ADJUDGED and DECREED that the Debtor is granted an extension of time of fifteen (15) days until May 24, 2019, to file their completed lists, schedules and statement of financial affairs and Chapter 13 plan. No further extensions will be granted.

_____
The Honorable Thomas P. Agresti
United States Bankruptcy Judge

#1206170

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-10416-TPA
Brian Doyle Bean                                                    Chapter 13
Deborah Lea Bean
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: lfin              Page 1 of 1              Date Rcvd: Apr 30, 2019
                               Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
db/jdb         +Brian Doyle Bean,    Deborah Lea Bean,   942 East Main Street,   Corry, PA 16407-2062

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2019 at the address(es) listed below:
              Michael S. Jan Janin    on behalf of Debtor Brian Doyle Bean mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;myers@quinnfirm.com;mtrayer@quinnfirm.com
              Michael S. Jan Janin    on behalf of Joint Debtor Deborah Lea Bean mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;myers@quinnfirm.com;mtrayer@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4