IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 19-10416 TPA |
| BRIAN DOYLE BEAN and | : |
| DEBORAH LEA BEAN, | : THE HONORABLE THOMAS P. AGRESTI |
| Debtors. | : |
| | : CHAPTER 13 |
| | : |

## EMPLOYEE INCOME RECORD

Please find attached copies of all the Joint Debtor's available pay stubs. Please note that the Debtor, Brian Doyle Bean, receives no income from employment.

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:   /s/Michael S. JanJanin
　　　Michael S. Jan Janin, Esquire
　　　PA Id. No. 38880
　　　2222 West Grandview Boulevard
　　　Erie, Pennsylvania  16506-4508
　　　Telephone: 814-833-2222, Ext. 1045
　　　Facsimile: 814-833-6753
　　　mjanjanin@quinnfirm.com
　　　Counsel for Debtor(s)

#1207431

| EARNINGS | HRS/UNITS | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular Pay | 80.000 | 880.00 | 880.00 | Fed Income Tax | 26.46 | 26.46 |
| Travel Reimburs | 0.000 | 271.96 | 271.96 | Medicare Tax | 12.76 | 12.76 |
| | | | | Social Sec Tax | 54.56 | 54.56 |
| | | | | PA Income Tax | 27.02 | 27.02 |
| | | | | PA UC Tax | 0.53 | 0.53 |
| | | | | PA250104 Corry | 8.80 | 8.80 |
| | | | | Warren City LST | 2.00 | 2.00 |

| 11.00 | 1151.96 | 132.13 | 1019.83 | 1151.96 | 132.13 | 1019.83 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

CRI, Inc.
3410 West 12th Street
Erie, PA 16505

Citizens Bank

AMOUNT

DATE    $    1019.83
01/11/2019

ONE THOUSAND NINETEEN DOLLARS and 83 CENTS

PAY TO THE ORDER OF   Deborah L. Bean
942 East Main Street
Corry, PA 16407

Bank Routing No.   Bank Account Number
XXXXXXXXXXXXX

Deposit Amount
1019.83

**NON NEGOTIABLE**

| EMPLOYE NO | DEPARTMENT | | EMPLOYEE NAME | | SOCIAL SECURITY NO | PERIOD END | |
|---|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | | CURRENT AMOUNT | YEAR TO DATE |
| Regular Pay | 80.000 | 880.00 | 2640.00 | Fed Income Tax | | 26.46 | 79.3 |
| Travel Reimburs | 0.000 | 246.34 | 717.77 | Medicare Tax | | 12.76 | 38.2 |
| | | | | Social Sec Tax | | 54.56 | 163.6 |
| | | | | PA Income Tax | | 27.02 | 81.0 |
| | | | | PA UC Tax | | 0.53 | 1.5 |
| | | | | PA250104 Corry | | 8.80 | 26.4 |
| | | | | Warren City LST | | 2.00 | 6.0 |
| 11.00 | 1126.34 | 132.13 | 994.21 | 3357.77 | | 396.39 | 2961.3 |
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

CRI, Inc.
3410 West 12th Street
Erie, PA 16505

Citizens Bank

AMOUNT

DATE
02/08/2019

$ 994.21

NINE HUNDRED NINETY FOUR DOLLARS and 21 CENTS

PAY TO THE ORDER OF
Deborah L. Bean
942 East Main Street
Corry, PA 16407

Bank Routing No.  Bank Account Number

XXXXXXXXXXXXX

Deposit Amou
994.2

**NON NEGOTIABLE**

_(Page shows two overlapping, rotated pay stubs for Bean, D. L.)_

**Pay stub 1 (top):**

| DEPARTMENT | EMPLOYEE NAME | SOCIAL SECURITY NO | |
|---|---|---|---|
| 110 | Bean, D. L. | XXX-XX-XXXX | |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|
| Regular Pay | 80.000 | 2200.00 | |
| Travel Reimburs | | 198.38 | |

PAY RATE: 11.00

| DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| Fed Income Tax | 27.62 | |
| Medicare Tax | 12.76 | |
| Social Sec Tax | 54.56 | |
| PA Income Tax | 27.02 | |
| PA UC Tax | 0.53 | |
| PA250104 Corry | 8.80 | |
| Warren City LST | 2.00 | |

CURRENT EARNINGS: 954.12  
CURRENT DEDUCTIONS: 133.29  
NET PAY: 820.83  
Y.T.D. EARNINGS: 2398.38  
Y.T.D. DEDUCTIONS: 320.41  
Y.T.D. NET PAY: 2077.97

**Pay stub 2 (bottom):**

EMPLOYEE NO: 11106  
DEPARTMENT: 110  
Employee: Bean, D. L.  
Social Security No: XXX-XX-XXXX  
PERIOD END: 04/06/2019

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|
| Regular Pay | 80.000 | 880.00 | 6600.00 |
| Travel Reimburs | 0.000 | 74.12 | 2126.18 |

PAY RATE: 11.00

| DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| Fed Income Tax | 26.46 | 185.22 |
| Medicare Tax | 12.76 | 95.70 |
| Social Sec Tax | 54.56 | 409.20 |
| PA Income Tax | 27.02 | 202.65 |
| PA UC Tax | 0.53 | 3.97 |
| PA250104 Corry | 8.80 | 66.00 |
| Warren City LST | 2.00 | 16.00 |

CURRENT EARNINGS: 1109.52 (?)  
CURRENT DEDUCTIONS: 132.13  
NET PAY: 976.39  
Y.T.D. EARNINGS: 8726.18  
Y.T.D. DEDUCTIONS: 978.74  
Y.T.D. NET PAY: 7747.44



| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular Pay | 80.000 | 880.00 | 3960.00 | Fed Income Tax | 26.46 | 105.84 |
| Travel Reimburs | 0.000 | 351.01 | 1203.40 | Medicare Tax | 12.76 | 57.42 |
| | | | | Social Sec Tax | 54.56 | 245.62 |
| | | | | PA Income Tax | 27.02 | 121.59 |
| | | | | PA U Tax | 0.53 | 2.38 |
| | | | | PA25104 Corry | 8.80 | 39.60 |
| | | | | Warren City LST | 2.00 | 10.00 |

Employee: Bean, D. L.
Pay Date: 02/23/2019

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular Pay | 40.000 | 440.00 | 3080.00 | Fed Income Tax | 0.00 | 79.38 |
| Travel Reimburs | 0.000 | 134.62 | 852.39 | Medicare Tax | 6.38 | 44.66 |
| | | | | Social Sec Tax | 27.28 | 190.96 |
| | | | | PA Income Tax | 13.51 | 95.13 |
| | | | | PA U Tax | 0.26 | 1.85 |
| | | | | PA25104 Corry | 4.40 | 30.80 |
| | | | | Warren City LST | 2.00 | 8.00 |

Current Earnings: 574.62
Current Deductions: 53.83
Net Pay: 520.79
YTD Earnings: 3932.39
YTD Deductions: 450.22
YTD Net Pay: 3482.17