IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 19-10416 TPA |
| BRIAN DOYLE BEAN and | : |
| DEBORAH LEA BEAN, | : THE HONORABLE THOMAS P. AGRESTI |
| Debtors. | : |
| | : CHAPTER 13 |
| | : |

## EMPLOYEE INCOME RECORD

Please find attached copies of all the Joint Debtor's available pay stubs. Please note that the Debtor, Brian Doyle Bean, receives no income from employment.

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:  /s/Michael S. JanJanin
Michael S. Jan Janin, Esquire
PA Id. No. 38880
2222 West Grandview Boulevard
Erie, Pennsylvania 16506-4508
Telephone: 814-833-2222, Ext. 1045
Facsimile: 814-833-6753
mjanjanin@quinnfirm.com
Counsel for Debtor(s)

#1207431

| EARNINGS | HRS/UNITS | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular Pay | 80.000 | 880.00 | 880.00 | Fed Income Tax | 26.46 | 26.46 |
| Travel Reimburs | 0.000 | 271.96 | 271.96 | Medicare Tax | 12.76 | 12.76 |
| | | | | Social Sec Tax | 54.56 | 54.56 |
| | | | | PA Income Tax | 27.02 | 27.02 |
| | | | | PA UC Tax | 0.53 | 0.53 |
| | | | | PA250104 Corry | 8.80 | 8.80 |
| | | | | Warren City LST | 2.00 | 2.00 |

| 11.00 | 1151.96 | 132.13 | 1019.83 | 1151.96 | 132.13 | 1019.83 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

CRI, Inc.
3410 West 12th Street
Erie, PA 16505

Citizens Bank

AMOUNT

DATE           $     1019.83
01/11/2019

ONE THOUSAND NINETEEN DOLLARS and 83 CENTS

PAY TO THE ORDER OF  Deborah L. Bean
942 East Main Street
Corry, PA 16407

Bank Routing No.   Bank Account Number         Deposit Amount
                   XXXXXXXXXXXXX                1019.83

**NON NEGOTIABLE**

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular Pay | 80.000 | 880.00 | 2640.00 | Fed Income Tax | 26.46 | 79.3 |
| Travel Reimburs | 0.000 | 246.34 | 717.77 | Medicare Tax | 12.76 | 38.2 |
| | | | | Social Sec Tax | 54.56 | 163.6 |
| | | | | PA Income Tax | 27.02 | 81.0 |
| | | | | PA UC Tax | 0.53 | 1.5 |
| | | | | PA250104 Corry | 8.80 | 26.4 |
| | | | | Warren City LST | 2.00 | 6.0 |

| 11.00 | 1126.34 | 132.13 | 994.21 | 3357.77 | 396.39 | 2961.3 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

CRI, Inc.
3410 West 12th Street
Erie, PA 16505

Citizens Bank

AMOUNT

DATE              $      994.21
02/08/2019

NINE HUNDRED NINETY FOUR DOLLARS and 21 CENTS

PAY
TO THE
ORDER   Deborah L. Bean
OF      942 East Main Street
        Corry, PA  16407

Bank Routing No.  Bank Account Number                    Deposit Amou
         XXXXXXXXXXXXX                    994.2

**NON NEGOTIABLE**

| EMPLOYEE NO | DEPARTMENT | EMPLOYEE NAME | | SOCIAL SECURITY NO. | PERIOD END | |
|---|---|---|---|---|---|---|
| | 110 | Bean, D. L. | | XXX-XX-XXXX | 02/09/2019 | |
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
| Regular Pay | 40.000 | 440.00 | 3080.00 | Fed Income Tax | 0.00 | 79.38 |
| Travel Reimburs | 0.000 | 134.62 | 852.39 | Medicare Tax | 6.38 | 44.66 |
| | | | | Social Sec Tax | 27.28 | 190.96 |
| | | | | PA Income Tax | 13.51 | 94.57 |
| | | | | PA UC Tax | 0.26 | 1.85 |
| | | | | PA250104 Corry | 4.40 | 30.80 |
| | | | | Warren City LST | 2.00 | 8.00 |
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
| 11.00 | 574.62 | 53.83 | 520.79 | 3932.39 | 450.22 | 3482.17 |

| EMPLOYEE NO | DEPARTMENT | EMPLOYEE NAME | | SOCIAL SECURITY NO. | PERIOD END | |
|---|---|---|---|---|---|---|
| | 110 | Bean, D. L. | | XXX-XX-XXXX | 02/23/2019 | |
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
| Regular Pay | 80.000 | 880.00 | 3960.00 | Fed Income Tax | 26.46 | 105.84 |
| Travel Reimburs | 0.000 | 351.01 | 1203.40 | Medicare Tax | 12.76 | 57.42 |
| | | | | Social Sec Tax | 54.56 | 245.52 |
| | | | | PA Income Tax | 27.02 | 121.59 |
| | | | | PA UC Tax | 0.53 | 2.38 |
| | | | | PA250104 Corry | 8.80 | 39.60 |
| | | | | Warren City LST | 2.00 | 10.00 |
| 11.00 | 1231.01 | 132.13 | 1098.88 | 5163.40 | 582.35 | 4581.05 |

## Pay Stub 1

| EMPLOYEE NO | DEPARTMENT | EMPLOYEE NAME | SOCIAL SECURITY NO | PERIOD END | CHECK NO |
|---|---|---|---|---|---|
|  | 110 | Bean, D. L. | XXX-XX-XXXX | 11/10/2018 | 3105564 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular Pay | 80.000 | 880.00 | 2200.00 | Fed Income Tax | 27.62 | 55.24 |
| Travel Reimburs | 0.000 | 74.12 | 198.38 | Medicare Tax | 12.76 | 31.90 |
|  |  |  |  | Social Sec Tax | 54.56 | 136.40 |
|  |  |  |  | PA Income Tax | 27.02 | 67.55 |
|  |  |  |  | PA UC Tax | 0.53 | 1.32 |
|  |  |  |  | PA250104 Corry | 8.80 | 22.00 |
|  |  |  |  | Warren City LST | 2.00 | 6.00 |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| 11.00 | 954.12 | 133.29 | 820.83 | 2398.38 | 320.41 | 2077.97 |

## Pay Stub 2

| EMPLOYEE NO | DEPARTMENT | EMPLOYEE NAME | SOCIAL SECURITY NO | PERIOD END |
|---|---|---|---|---|
|  | 110 | Bean, D. L. | XXX-XX-XXXX | 04/06/2019 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular Pay | 80.000 | 880.00 | 6600.00 | Fed Income Tax | 26.46 | 185.22 |
| Travel Reimburs | 0.000 | 228.52 | 2126.18 | Medicare Tax | 12.76 | 95.70 |
|  |  |  |  | Social Sec Tax | 54.56 | 409.20 |
|  |  |  |  | PA Income Tax | 27.02 | 202.65 |
|  |  |  |  | PA UC Tax | 0.53 | 3.97 |
|  |  |  |  | PA250104 Corry | 8.80 | 66.00 |
|  |  |  |  | Warren City LST | 2.00 | 16.00 |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| 11.00 | 1108.52 | 132.13 | 976.39 | 8726.18 | 978.74 | 7747.44 |