**Form RSC13**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−10416−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian Doyle Bean<br>942 East Main Street<br>Corry, PA 16407 | Deborah Lea Bean<br>aka Deborah Lea Vargas<br>942 East Main Street<br>Corry, PA 16407 |

Social Security No.:
  xxx−xx−8256                                         xxx−xx−1292

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Michael S. Jan Janin<br>Quinn Buseck Leemhuis Toohey & Kroto Inc<br>2222 West Grandview Boulevard<br>Erie, PA 16506−4508<br>Telephone number: 814−833−2222 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| July 30, 2019<br>02:00 PM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 | July 30, 2019<br>02:00 PM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 7/2/19                                         BY THE COURT

                                                      Thomas P. Agresti
                                                      Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-10416-TPA
Brian Doyle Bean                                                    Chapter 13
Deborah Lea Bean
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: agro               Page 1 of 2             Date Rcvd: Jul 02, 2019
                              Form ID: rsc13           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2019.
db/jdb         +Brian Doyle Bean,    Deborah Lea Bean,    942 East Main Street,    Corry, PA 16407-2062
15040386        Carrington Mortgage Services LLC,    1600 South Douglass Road,    Suite 100 & 200-A,
                 Anaheim, CA 92806
15060689       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
15056914        Doyle and Shiela Bean,    46890 Mickly Road,    Pittsfield, PA 16340
15056915        Misty McLaughlin,    9032 Land Lane,    Hayes, VA 23072
15056916        Northwest Bank,    100 Liberty Street,    Drawer 128,    Warren, PA 16365-0128
15040387       +Shapiro & DeNardo LLC,    3600 Horizon Drive, #150,    King of Prussia, PA 19406-4702
15056920       +UPMC Hamot,    P.O. Box 382059,    Pittsburgh, PA 15250-0001
15056921       +Warren General Hospital,    2 W. Crescent Park,    Warren, PA 16365-2199

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 03 2019 03:14:59     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2019 03:14:18
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15052906        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2019 03:14:16
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
15056910        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2019 03:13:28
                 Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
15056912        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 03 2019 03:14:50     Comenity Bank,
                 Bankruptcy Dept.,    P.O. Box 182273,    Columbus, OH 43218-2273
15056913        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 03 2019 03:14:50     Comenity Bank/Peebles,
                 Bankruptcy Dept.,    P.O. Box 182273,    Columbus, OH 43218-2273
15066897        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 03 2019 03:15:15     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
15081477        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2019 03:14:18
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15061443       +E-mail/Text: bankruptcy@sccompanies.com Jul 03 2019 03:15:36      Seventh Avenue,
                 c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
15061444       +E-mail/Text: bankruptcy@sccompanies.com Jul 03 2019 03:14:32      Stoneberry,
                 c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
15041047       +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2019 03:14:15     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15056918       +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2019 03:13:49     Synchrony Bank/JCPenney,
                 ATTENTION:  Bankruptcy Dept.,    P.O. Box 965061,    Orlando, FL 32896-5061
15056919        E-mail/Text: hking@titusvillehospital.org Jul 03 2019 03:14:35     Titusville Area Hospital,
                 406 W. Oak Street,    Titusville, PA 16354
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Carrington Mortgage Services LLC
15056911*       Carrington Mortgage Services LLC,    1600 South Douglass Road,    Suite 100 & 200-A,
                 Anaheim, CA 92806
15056917*      +Shapiro & DeNardo LLC,    3600 Horizon Drive, #150,    King of Prussia, PA 19406-4702
                                                                                              TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                                    Signature:   /s/Joseph Speetjens

```
District/off: 0315-1          User: agro              Page 2 of 2              Date Rcvd: Jul 02, 2019
                              Form ID: rsc13          Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   Carrington Mortgage Services LLC
               bkgroup@kmllawgroup.com
              Michael S. Jan Janin    on behalf of Debtor Brian Doyle Bean mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               trayer@quinnfirm.com;gbebko@quinnfirm.com
              Michael S. Jan Janin    on behalf of Joint Debtor Deborah Lea Bean mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               trayer@quinnfirm.com;gbebko@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```