Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Brian Doyle Bean
Deborah Lea Bean
aka Deborah Lea Vargas**
   Debtor(s)

Bankruptcy Case No.: 19–10416–TPA
Related to Docket No. 57
Chapter: 13
Docket No.: 58 – 57
Concil. Conf.: 5/5/20 at 10:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **April 3, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **April 24, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **5/5/20** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 19, 2020

cm: All Creditors and Parties In Interest

                                              */s/ Thomas P. Agresti*
Thomas P. Agresti, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 19-10416-TPA
Brian Doyle Bean                                                    Chapter 13
Deborah Lea Bean
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: vson              Page 1 of 2              Date Rcvd: Feb 19, 2020
                              Form ID: 213            Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
```
db/jdb       +Brian Doyle Bean,    Deborah Lea Bean,    942 East Main Street,    Corry, PA 16407-2062
15040386      Carrington Mortgage Services LLC,    1600 South Douglass Road,    Suite 100 & 200-A,
               Anaheim, CA 92806
15060689     +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
15056914      Doyle and Shiela Bean,    46890 Mickly Road,    Pittsfield, PA 16340
15056915      Misty McLaughlin,    9032 Land Lane,    Hayes, VA 23072
15056916      Northwest Bank,    100 Liberty Street,    Drawer 128,    Warren, PA 16365-0128
15040387     +Shapiro & DeNardo LLC,    3600 Horizon Drive, #150,    King of Prussia, PA 19406-4702
15056920     +UPMC Hamot,    P.O. Box 382059,    Pittsburgh, PA 15250-0001
15056921     +Warren General Hospital,    2 W. Crescent Park,    Warren, PA 16365-2199
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2020 04:01:17
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15052906      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 20 2020 03:45:26
               Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
15056910      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 20 2020 03:43:12
               Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
15056912      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 20 2020 03:38:38      Comenity Bank,
               Bankruptcy Dept.,    P.O. Box 182273,    Columbus, OH 43218-2273
15056913      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 20 2020 03:38:39      Comenity Bank/Peebles,
               Bankruptcy Dept.,    P.O. Box 182273,    Columbus, OH 43218-2273
15066897      E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 20 2020 03:39:24      Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
15081477      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2020 03:44:15
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15061443     +E-mail/Text: bankruptcy@sccompanies.com Feb 20 2020 03:39:59      Seventh Avenue,
               c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
15061444     +E-mail/Text: bankruptcy@sccompanies.com Feb 20 2020 03:37:14      Stoneberry,
               c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
15041047     +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 03:44:10      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15056918     +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 03:44:11      Synchrony Bank/JCPenney,
               ATTENTION:  Bankruptcy Dept.,    P.O. Box 965061,    Orlando, FL 32896-5061
15056919      E-mail/Text: hking@titusvillehospital.org Feb 20 2020 03:37:16      Titusville Area Hospital,
               406 W. Oak Street,    Titusville, PA 16354
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Carrington Mortgage Services LLC
15056911*     Carrington Mortgage Services LLC,    1600 South Douglass Road,    Suite 100 & 200-A,
               Anaheim, CA 92806
15056917*    +Shapiro & DeNardo LLC,    3600 Horizon Drive, #150,    King of Prussia, PA 19406-4702
                                                                                 TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-1           User: vson              Page 2 of 2              Date Rcvd: Feb 19, 2020
                               Form ID: 213            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Carrington Mortgage Services LLC
               bkgroup@kmllawgroup.com
              Michael S. Jan Janin    on behalf of Debtor Brian Doyle Bean mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               trayer@quinnfirm.com;gbebko@quinnfirm.com
              Michael S. Jan Janin    on behalf of Joint Debtor Deborah Lea Bean mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               trayer@quinnfirm.com;gbebko@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5