Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Brian Doyle Bean** | : | Case No. 19−10416−TPA |
| **Deborah Lea Bean** | : | Chapter: 13 |
| **aka Deborah Lea Vargas** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

*AND NOW,* this *The 17th of April, 2020,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)    The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)    Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)    The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)    The Clerk shall give notice to all creditors of this dismissal.

(5) The Conciliation Conference on the Trustee's Certificate of Default to Dismiss Case previously scheduled for May 5, 2020 is CANCELLED.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Brian Doyle Bean  
Deborah Lea Bean  
    Debtors

Case No. 19-10416-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: vson    Page 1 of 2    Date Rcvd: Apr 17, 2020  
    Form ID: 309    Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2020.

```
db/jdb         +Brian Doyle Bean,    Deborah Lea Bean,    942 East Main Street,    Corry, PA 16407-2062
15040386        Carrington Mortgage Services LLC,    1600 South Douglass Road,    Suite 100 & 200-A,
                 Anaheim, CA 92806
15060689       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
15056914        Doyle and Shiela Bean,    46890 Mickly Road,    Pittsfield, PA 16340
15056915        Misty McLaughlin,    9032 Land Lane,    Hayes, VA 23072
15056916        Northwest Bank,    100 Liberty Street,    Drawer 128,    Warren, PA 16365-0128
15040387       +Shapiro & DeNardo LLC,    3600 Horizon Drive, #150,    King of Prussia, PA 19406-4702
15056919       +Titusville Area Hospital,    406 W. Oak Street,    Titusville, PA 16354-1499
15056920       +UPMC Hamot,    P.O. Box 382059,    Pittsburgh, PA 15250-0001
15056921       +Warren General Hospital,    2 W. Crescent Park,    Warren, PA 16365-2199
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +EDI: PRA.COM Apr 18 2020 06:58:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15052906        EDI: CAPITALONE.COM Apr 18 2020 06:58:00      Capital One Bank (USA), N.A.,
                 by American InfoSource as agent,    PO Box 71083,    Charlotte, NC  28272-1083
15056910        EDI: CAPITALONE.COM Apr 18 2020 06:58:00      Capital One Bank (USA), N.A.,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
15060689       +E-mail/Text: BKBCNMAIL@carringtonms.com Apr 18 2020 02:55:40
                 Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
15056912        EDI: WFNNB.COM Apr 18 2020 06:58:00      Comenity Bank,    Bankruptcy Dept.,    P.O. Box 182273,
                 Columbus, OH 43218-2273
15056913        EDI: WFNNB.COM Apr 18 2020 06:58:00      Comenity Bank/Peebles,    Bankruptcy Dept.,
                 P.O. Box 182273,    Columbus, OH 43218-2273
15066897        EDI: JEFFERSONCAP.COM Apr 18 2020 06:58:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
15081477        EDI: PRA.COM Apr 18 2020 06:58:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
15061443       +EDI: CBS7AVE Apr 18 2020 06:58:00      Seventh Avenue,    c/o Creditors Bankruptcy Service,
                 P O Box 800849,    Dallas, TX 75380-0849
15061444       +EDI: CBSMASON Apr 18 2020 06:58:00      Stoneberry,    c/o Creditors Bankruptcy Service,
                 P O Box 800849,    Dallas, TX 75380-0849
15041047       +EDI: RMSC.COM Apr 18 2020 06:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15056918       +EDI: RMSC.COM Apr 18 2020 06:58:00      Synchrony Bank/JCPenney,    ATTENTION: Bankruptcy Dept.,
                 P.O. Box 965061,    Orlando, FL 32896-5061
                                                                                                TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Carrington Mortgage Services LLC
15056911*       Carrington Mortgage Services LLC,    1600 South Douglass Road,    Suite 100 & 200-A,
                 Anaheim, CA 92806
15056917*      +Shapiro & DeNardo LLC,    3600 Horizon Drive, #150,    King of Prussia, PA 19406-4702
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-1           User: vson                 Page 2 of 2              Date Rcvd: Apr 17, 2020
                               Form ID: 309               Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2020 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor   Carrington Mortgage Services LLC
           bkgroup@kmllawgroup.com
          Michael S. Jan Janin    on behalf of Debtor Brian Doyle Bean mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
          Michael S. Jan Janin    on behalf of Joint Debtor Deborah Lea Bean mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                          TOTAL: 5