**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BRIAN DOYLE BEAN
DEBORAH LEA BEAN
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Respondents.

Case No.:19-10416 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/25/2019 and confirmed on 07/31/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,797.67 |
| Less Refunds to Debtor | 6,061.98 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,735.69 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 547.19 | |
|   Trustee Fee | 62.81 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 610.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CARRINGTON MORTGAGE SERVICES LLC | 0.00 | 1,125.69 | 0.00 | 1,125.69 |
|   Acct: 6632 | | | | |
| CARRINGTON MORTGAGE SERVICES LLC | 12,746.48 | 0.00 | 0.00 | 0.00 |
|   Acct: 6632 | | | | |
| | | | | 1,125.69 |
| **Priority** | | | | |
| MICHAEL S JAN JANIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BRIAN DOYLE BEAN | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| QUINN BUSECK LEEMHUIS ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MISTY MCLAUGLIN | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MICHAEL S JAN JANIN ESQ | 3,500.00 | 547.19 | 0.00 | 0.00 |
|   Acct: | | | | |
| BRIAN DOYLE BEAN | 6,061.98 | 6,061.98 | 0.00 | 0.00 |
|   Acct: | | | | |

| 19-10416 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| * * * N O N E * * * | | | | |
| Unsecured | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, Acct: 4549 | 781.99 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC Acct: 0863 | 464.08 | 0.00 | 0.00 | 0.00 |
| DOYLE AND SHIELA DOYLE Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NORTHWEST BANK* Acct: 0416 | 3,372.65 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK Acct: 8339 | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SHAPIRO & DENARDO LLC* Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| TITUSVILLE AREA HOSPITAL Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC HAMOT Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WARREN GENERAL HOSPITAL Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SEVENTH AVENUE Acct: 7570 | 204.41 | 0.00 | 0.00 | 0.00 |
| STONEBERRY Acct: 3C2G | 565.86 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* Acct: 6236 | 2,289.38 | 0.00 | 0.00 | 0.00 |
| * * * N O N E * * * | | | | |

TOTAL PAID TO CREDITORS                                                                                                  1,125.69

TOTAL CLAIMED
PRIORITY            0.00
SECURED         12,746.48
UNSECURED        7.678.37

Date: 06/12/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com